DENIED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarkis Grigoryan, <br> Plaintiff, <br> vs. <br> Rafael Hernandez., et al <br> , <br> Defendant(s). | Case No.: 2:24-cv-02794-ODW-SK <br><br> **ORDER DENYING MOTION** to Remand  [9] <br><br> Removal of State Court Action <br> CASE# 24VEUD00407 |

Having considered __Plaintiff__'s Motion and finding good cause therefore,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that __Plaintiff__'s Motion
(indicate Plaintiff or Defendant)

to Remand the application for removal. Send case back to state court where it was filed.
(describe your motion)

Also- prohibit defendant(s) from filing again- if they do: deem it void.

is GRANTED.

Dated: 4/11/24_____    Signed: _DENIED BY ORDER OF THE COURT__

Hon.: Otis D. Wright II
(Judge's name)

*Revised: August 2011*
*Form Prepared by Public Counsel.*
*© 2011 Public Counsel. All rights reserved.*